UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LISA ARCARA and
PAUL BANASZAK,

       Plaintiffs,

v.

LTD FINANCIAL SERVICES, L.P.,

       Defendant.

Civil Action No. 09-CV-0142-S

---

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Lisa Arcara and Paul Banaszak, hereby voluntarily dismisses this action against Defendant LTD Financial Services, L.P., with prejudice.

DATED:    August 11, 2009

_/s/ Kimberly T. Irving_
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884